UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE LEE CROSS,<br><br>                                    Plaintiff,<br><br>v.<br><br>THE IRVINE COMPANY, LLC; SAN DIEGO MONTE VISTA APARTMENTS, LLC; and DOES 1–10, inclusive,<br><br>                                    Defendants. | Case No.: 20-CV-275 JLS (AGS)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>(ECF No. 21) |

Presently before the Court is Plaintiff Diane Lee Cross and Defendants The Irvine Company, LLC, and San Diego Monte Vista Apartments, LLC's, Joint Motion for Dismissal of Action Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) ("Joint Mot.," ECF No. 21). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated among the Parties, the Court **DISMISSES WITH PREJUDICE** the above-referenced action in its entirety, with each side to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: December 17, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge